CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Raul Diaz ACEDO**<br>DOB: 1998; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**24-05640MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about January 16, 2024, in the District of Arizona, **Jose Raul Diaz ACEDO** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: three (3) AR-15 rifles, one (1) 380 pistol, two (2) serialized AR-15 lower receivers, seven (7) non-serialized AR-15 lower receivers, nine (9) AR-15 upper receivers, three (3) 45 round AR-15 magazines, three(3) 10 round AR-15 magazines, two (2) 380 pistol magazines, 1,600 rounds of .50 caliber ammunition, 10,000 rounds of 5.56 ammunition, 14,953 rounds of 7.62x51mm ammunition, fifty (50) auto sears, and two (2) rifle scopes, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On January 16, 2024, **Jose Raul Diaz ACEDO** attempted to exit the United States and enter the Republic of Mexico through the Douglas Port of Entry in Douglas, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Jose Raul Diaz ACEDO**, who was the driver and sole occupant of a GMC Suburban bearing Sonora Mexico license plate 895 SZG 2.   CBPOs received a negative declaration from **ACEDO** for any weapons, ammunition, or currency more than $10,000 dollars to declare.   **ACEDO** informed CBPOs that he was traveling to Mexico and was not in possession of any firearms or ammunition.   A subsequent search of **ACEDO's** vehicle revealed three (3) AR-15 rifles, one (1) 380 pistol, two (2) serialized AR-15 lower receivers, seven (7) non-serialized AR-15 lower receivers, nine (9) AR-15 upper receivers, three (3) 45 round AR-15 magazines, three(3) 10 round AR-15 magazines, two (2) 380 pistol magazines, 1,600 rounds of .50 caliber ammunition, 10,000 rounds of 5.56 ammunition, 14,953 rounds of 7.62x51mm ammunition, fifty (50) auto sears, and two (2) rifle scopes. **ACEDO** was taken into custody.

In a post-*Miranda* interview, **ACEDO** admitted that he knew it was illegal to attempt to smuggle the goods to Mexico and that he had previously smuggled firearms and ammunition on three previous occasions.   **ACEDO** stated he was paid approximately $500 United States dollars for each smuggling event.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Raquel Arellano* *Raquel Arellano*<br><br>**Sworn by telephone  x** | SIGNATURE OF COMPLAINANT<br>**CAMERON S ANDERS** Digitally signed by CAMERON S ANDERS<br>Date: 2024.01.17 10:37:14 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Cameron Anders |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br><br>1)  See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>January 17, 2024 |

**(BASIS OF COMPLAINT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The firearms, ammunition, and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.

