GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

FILED
2024 FEB 14 PH 12: 11
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR24-00682 TUC-JCH(LCK)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **I N D I C T M E N T** |
| Plaintiff, | <u>VIOLATIONS</u>: |
| vs. | **18 U.S.C. § 554(a)**<br>(Smuggling Goods from the United States)<br>**Count 1** |
| Jose Raul Diaz-Acedo, | **18 U.S.C. § 924(h)**<br>(Receipt of a Firearm Used to Commit a Felony)<br>**Count 2** |
| Defendant. | **18 U.S.C. § 924(d);**<br>**28 U.S.C. § 2461(c);**<br>**50 U.S.C. § 4819(d)(1)(C)**<br>**(Forfeiture Allegation)** |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about January 16, 2024, in the District of Arizona, Jose Raul Diaz-Acedo knowingly and fraudulently attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article, or object, that is: three (3) AR-15 rifles; one (1) Beretta .380 caliber pistol; two (2) serialized AR-15 lower receivers; seven (7) non-serialized AR-15 lower receivers; nine (9) AR-15 upper receivers; seven (7) AR-15 magazines; two (2) .380 caliber pistol magazines; 1,600 rounds of .50 caliber ammunition;

1   10,000 rounds of 5.56 ammunition; 14,953 rounds of 7.62x51mm ammunition; 50 auto
2   sears; and two rifle scopes, knowing the same to be intended for exportation contrary to
3   any law or regulation of the United States, to wit: Title 50, United States Code, Section
4   4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of
5   Title 18, United States Code, Section 554(a).

6                                          **COUNT 2**

7        On or about January 16, 2024, in the District of Arizona, Jose Raul Diaz-Acedo did
8   knowingly receive firearms and ammunition, to wit: three (3) AR-15 rifles; one (1) Beretta
9   .380 caliber pistol; two (2) serialized AR-15 lower receivers; 1,600 rounds of .50 caliber
10  ammunition; 10,000 rounds of 5.56 ammunition; and 14,953 rounds of 7.62x51mm
11  ammunition; knowing or having reasonable cause to believe that the firearms and
12  ammunition would be used to commit a felony, that is: Smuggling Goods from the United
13  States, in violation of Title 50, United States Code, Section 4819; Title 15, Code of Federal
14  Regulations, Parts 736.2, 738, and 774; and Title 18, United States Code, Section 554(a);
15  all in violation of Title 18, United States Code, Section 924(h).

16                                   **FORFEITURE ALLEGATION**

17       Upon conviction of Count One of the Indictment, the defendant, Jose Raul Diaz-
18  Acedo, shall forfeit to the United States pursuant to Title 18, United States Code, Section
19  924(d), Title 28, United States Code, Section 2461(c), and Title 50, United States Code,
20  Section 4819(d)(1)(C), any firearms and ammunition involved in the commission of the
21  offense, and any property constituting an item that is exported or intended to be exported,
22  including, but not limited to: three (3) AR-15 rifles bearing serial numbers W-0014570,
23  KM09197, and 23089611; one (1) Beretta .380 caliber pistol bearing serial number
24  Y012909X; two (2) AR-15 lower receivers bearing serial numbers AR66347 and 21-
25  106233; seven (7) non-serialized AR-15 lower receivers; nine (9) AR-15 upper receivers;
26  seven (7) AR-15 magazines; two (2) .380 caliber pistol magazines; 1,600 rounds of .50
27  caliber ammunition; 10,000 rounds of 5.56 ammunition; 14,953 rounds of 7.62x51mm
28  ammunition; 50 auto sears; and two rifle scopes.

*United States v. Diaz-Acedo,*
*Indictment, p. 2 of 4*

1      Upon conviction of Count Two of the Indictment, the defendant, Jose Raul Diaz-
2  Acedo, shall forfeit to the United States pursuant to Title 18, United States Code, Section
3  924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition
4  involved in the commission of the offense, including, but not limited to: three (3) AR-15
5  rifles bearing serial numbers W-0014570, KM09197, and 23089611; one (1) Beretta .380
6  caliber pistol bearing serial number Y012909X; two (2) AR-15 lower receivers bearing
7  serial numbers AR66347 and 21-106233, 1,600 rounds of .50 caliber ammunition; 10,000
8  rounds of 5.56 ammunition; and 14,953 rounds of 7.62x51mm ammunition.

9      If any of the property described above, as a result of any act or omission of the
10  defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred
11  or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of
12  the court; d) has been substantially diminished in value; or e) has been commingled with
13  other property which cannot be divided without difficulty, it is the intent of the United
14  States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title
15  28, United States Code, Section 2461(c), to seek forfeiture of any other property of said
16  defendant up to the value of the above forfeitable property, including, but not limited to,
17  all property, both real and personal, owned by the defendant.

18

19

20

21

22

23

24  / / /

25

26

27

28

*United States v. Diaz-Acedo,*
*Indictment, p. 3 of 4*

1        All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States

2  Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(C), and Rule

3  32.2(a), Federal Rules of Criminal Procedure.

4

5                        A TRUE BILL

6

7                        */s/*

                        FOREPERSON OF THE GRAND JURY

8                        Dated: February 14, 2024

9

10  GARY M. RESTAINO
     United States Attorney
     District of Arizona

11

12  */s/*
     KEVIN D. SCHIFF
13  Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States v. Diaz-Acedo,*
*Indictment, p. 4 of 4*