GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN D. SCHIFF
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: kevin.schiff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Jose Raul Diaz-Acedo,<br><br>  Defendant. | CR 24-00682-TUC-JCH (LCK)<br><br>GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |

The United States of America hereby gives notice that on May 7, 2024, the U.S. Department of Homeland Security, U.S. Customs and Border Protection, administratively forfeited three (3) AR-15 rifles bearing serial numbers W-0014570, KM09197, and 23089611; one (1) Beretta .380 caliber pistol bearing serial number Y012909X; two (2) AR-15 lower receivers bearing serial numbers AR66347 and 21-106233; seven (7) non-serialized AR-15 lower receivers; nine (9) AR-15 upper receivers; seven (7) AR-15 magazines; two (2) .380 caliber pistol magazines; 1,600 rounds of .50 caliber ammunition; 10,000 rounds of 5.56 ammunition; 14,953 rounds of 7.62x51mm ammunition; 50 auto sears; and two rifle scopes, which were included in the forfeiture allegation of the defendant's Indictment.

/ / /

Therefore, the government will not pursue the criminal forfeiture against the assets listed in this notice.

DATED this 7th day of May, 2024.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/Kevin D. Schiff*
>
> KEVIN D. SCHIFF
> Assistant United States Attorney

Copy of the foregoing served electronically or by other means this 7th day of May, 2024, to:

Timothy D. Rogers, Esq.